Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Innovative Sports Management, Inc.,
d/b/a Integrated Sports Media

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovative Sports Management, Inc. d/b/a Integrated Sports Media,<br><br>Plaintiff,<br><br>vs.<br><br>Harold George Wierenga, et al.,<br><br>Defendants. | CASE NO. 8:20-cv-00312-TJH-PLA<br><br>ORDER GRANTING STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS HAROLD GEORGE WIERENGA, ALEX JON PETROSIAN AND 210 FIFTH, LLC |

**IT IS HEREBY STIPULATED** by and between Plaintiff INNOVATIVE SPORTS MANAGEMENT, INC., D/B/A INTEGRAGRED SPORTS MEDIA and Defendants HAROLD GEORGE WIERENGA, ALEX JON PETROSIAN and 210 FIFTH, LLC that the above-entitled action is hereby dismissed **with prejudice** against HAROLD GEORGE WIERENGA, ALEX JON PETROSIAN and 210 FIFTH, LLC

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

**IT IS SO ORDERED**:

Dated: June 10, 2020

_____
TERRY J. HATTER, JR.
UNITED STATES DISTRICT JUDGE